In the Matter of JAMES M. HOYT, Appellant. ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

(Argued December 1, 1931; decided January 5, 1932.)

570

*Emil Weitzner* and *Samuel H. Kaufman* for appellant.
*John J. Bennett, Jr., Attorney-General* (*Abraham N. Davis* and *Paul J. McCauley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.